```
              UNITED STATES DISTRICT COURT
                       FOR THE
               MIDDLE DISTRICT OF PENNSYLVANIA
```

CHARLES E. SMITH,                :
                                 :
    Petitioner               :    No. 16-cv-1503
                                 :
  vs.                            :    (Judge Kane)
                                 :
COMMONWEALTH OF PENNSYLVANIA,    :
et al.,                          :
                                 :
                                 :
    Respondents              :

## ORDER

In accordance with the accompanying memorandum, on this 8th day of December 2016, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus is dismissed without prejudice.

2. A certificate of appealability is denied. 28 U.S.C. § 2253(c).

3. The Clerk of Court is directed to close this case.

                                            <u>s/ Yvette Kane</u>
                                            Yvette Kane, District Judge
                                            United States District Court
                                            Middle District of Pennsylvania